**E-FILED**
Friday, 15 February, 2013  03:01:05 PM
Clerk, U.S. District Court, ILCD

**File Hashes for IP Address 98.214.145.205**

**ISP:** Comcast Cable
**Physical Location:** Peoria, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/06/2013 01:38:40 | 227835892F01B19339F1599D5EEC92D2CA969779 | A Girls Fantasy |
| 12/27/2012 01:02:56 | 3275AC7BCF3A4A75069F663ED5D84BF1D2E3882D | Unforgettable View #2 |
| 10/30/2012 21:18:28 | 3CBE40E75A4B78315F21C16928CFFC5117942228 | Perfect Together |
| 10/30/2012 21:10:39 | 1BEF5A8F06E2B25B15CB5DAB5075E78392D7A5F2 | Good Vibrations |
| 10/14/2012 19:02:16 | DAC6745AF67ECC0F2333EF8729C380681E637407 | Dangerous Game |
| 10/14/2012 18:58:42 | 734F126C0CE8277035CD1035761185BA1E3B341A | Red Hot |
| 09/13/2012 22:59:25 | E618831736A16B827DF5D93C5167A8989E864F36 | First Love |
| 01/05/2012 00:12:21 | 9F9DC5FE1EABB3825B39C5D245EE59F0E116F1BB | Anneli Dream Girl |

**Total Statutory Claims Against Defendant: 8**

EXHIBIT A

CIL19