**Expanded Surveillance of IP Address 98.214.145.205**

**ISP:** Comcast Cable
**Location:** Peoria, IL

| Hit Date UTC | Filename |
| --- | --- |
| 02/02/2013 | SILVER LININGS DVDRIP EDAW2013 |
| 02/02/2013 | Tucker Max – Hilarity Ensues |
| 02/02/2013 | 1000 Best Wine Secrets Become a Wine Connoisseur Ebook |
| 02/02/2013 | House.Of.Cards.2013.S01E01.480p.WEBRip.x264-BTN.mkv |
| 02/02/2013 | Zero.Dark.Thirty.2012.DVDSCR.Xvid.Ac3-ADTRG |
| 02/02/2013 | Skyfall 2012 TS XViD UNiQUE |
| 02/01/2013 | Cage The Elephant – Cage The Elephant |
| 01/28/2013 | Matt And Kim-Grand-2009 |
| 01/27/2013 | Dead Like Me.Life After Death.WS.2008.XviD.HHI |
| 01/27/2013 | Mumford And Sons |
| 01/26/2013 | babes_bg_madison_chandler_480p_1500.mp4 |
| 01/13/2013 | Live Wallpapers For Android – [EC] |
| 01/13/2013 | [ www.Torrenting.com ] – ParaNorman.2012.BRRip.XviD.AC3-MAGNAT |
| 01/13/2013 | Wreck it Ralph 2012 TS READNFO x264 AAC-UNiQUE |
| 01/12/2013 | Untitled.Henry.Selick.Film.DVDRip.XvidAC3[5.1].avi |
| 01/12/2013 | [ www.TorrentDay.com ] – Chelsea.Lately.2012.12.25.Reese.Witherspoon.HDTV.XviD-AFG |
| 01/11/2013 | Downton.Abbey.S02.Season.2.andChristmas.Special.720p.x264.MIKY |
| 01/10/2013 | Monster Jam Path of Destruction PAL Wii-LoCAL.rar |
| 01/08/2013 | Arrow.S01E09.HDTV.x264-LOL.[VTV].mp4 |
| 01/06/2013 | babes_bg_courtney_taylor_480p_1500.mp4 |
| 01/06/2013 | X-Art – A Girls Fantasy – Beatrice [1080p].mov |
| 01/06/2013 | Babes – The Perfect Couple – Holly Michaels [1080p].mp4 |
| 01/06/2013 | Amateur porn with a young slut |
| 12/29/2012 | Babes – Teenage Romance – Tiffany Thompson.mp4 |
| 12/29/2012 | babes_bg_samantha_ryan_480p_1500.mp4 |
| 12/29/2012 | babes_bg_selena_rose_480p_1500.mp4 |
| 12/27/2012 | x-art_angelica_naughty_and_nice_1080.mov |
| 12/27/2012 | The Mountain Goats – Transcendental Youth (2012) [MP3 320] |
| 12/27/2012 | Tame Impala – Lonerism [2CD] (2012) lossless |
| 12/27/2012 | X-Art – Unforgettable View Part II – Addison [1080p].mov |
| 12/16/2012 | babes_bg_sarah_vandella_480p_1500.mp4 |
| 12/12/2012 | Dont_Starve_Beta_30Nov_setup.exe |
| 12/06/2012 | The Hunger Games |
| 12/04/2012 | Mountain Sound – Of Monsters and Men.m4a |
| 12/04/2012 | Arrow S01E07 Season 1 Episode 7 HDTV x264 + Subtitles [GlowGaze] |

EXHIBIT C

CIL19

| Hit Date  UTC | Filename |
|---|---|
| 12/03/2012 | Petite Amateurs 3  Summer |
| 12/03/2012 | Arrow S01E05 Season 1 Episode 5 HDTV x264 [GlowGaze] |
| 12/03/2012 | Lykke Li-Wounded Rhymes (Special Edition)(2012) 320Kbit(mp3) DMT |
| 12/03/2012 | Arrow S01E02 HDTV x264 + Subtitles [GlowGaze] |
| 12/03/2012 | Bethel – Be Lifted High (2011) |
| 12/03/2012 | Ifthikar Ali – Patchwork (2012) – [DDR] |
| 12/03/2012 | Arrow S01E01 HDTV x264 + Subtitles [GlowGaze.Com] |
| 12/02/2012 | [ www.TorrentDay.com ] – Katt.Williams.Kattpacalypse.HDTV.x264-SYS |
| 12/02/2012 | The Heist |
| 12/02/2012 | Jack White – (2012) – Blunderbuss |
| 12/02/2012 | Bassnectar – Vava Voom-320kbps-2012 |
| 12/02/2012 | Of Monsters and Men |
| 12/02/2012 | John Mayer – Born And Raised MP3 |
| 12/02/2012 | The Avett Brothers_The Carpenter |
| 12/02/2012 | Snow Patrol Fallen Empires (2011) 320kbs |
| 12/02/2012 | The Lumineers – 2012 – The Lumineers (320kb mp3) |
| 11/27/2012 | No Love Deep Web |
| 11/06/2012 | The.Walking.Dead.S02 |
| 10/30/2012 | x-art_mary_ariel_perfect_together_720.wmv |
| 10/30/2012 | X-Art_-_Silvie_And_Ariel_-_Good_Vibrations_HD_1080p |
| 10/30/2012 | Gangnam Style.mp3 |
| 10/30/2012 | When The Skies Wept Blood |
| 10/29/2012 | [ www.Torrenting.com ] – Turbo.A.Power.Rangers.Movie.1997.WS.iNTERNAL.DVDRip.XviD-OSiRiS |
| 10/16/2012 | The.Elder.Scrolls.V.Skyrim.Hearthfire.DLC-RELOADED |
| 10/14/2012 | The.Witcher.2.Assassins.of.Kings.Enhanced.Edition-SKIDROW |
| 10/14/2012 | X-Art – Dangerous Game – Jasmine [1080p].wmv |
| 10/14/2012 | Prometheus.2012.BluRay.720p.H264 |
| 10/14/2012 | 18Onlygirls – Make Me Cum Again And Again – Momoko [1080p].mp4 |
| 10/14/2012 | X-Art – Red Hot – Ariel [1080p].wmv |
| 10/14/2012 | The Sopranos – Complete 2nd Season [DVDRip.XviD][h33t][big_dad_e] |
| 10/13/2012 | The Lumineers – 2012 – The Lumineers FLAC |
| 10/07/2012 | The.Hunger.Games.2012.BluRay.1080p.x264 LTT |
| 09/28/2012 | Mass.Effect.3.Extended.Cut.DLC-RELOADED |
| 09/28/2012 | Legs Up Hose Down-April O'Neil.avi |
| 09/28/2012 | Mass.Effect.3.Leviathan.DLC-RELOADED |
| 09/26/2012 | The Weeknd-Thursday |
| 09/26/2012 | Battleship.2012.DTS.ITA.ENG.FRA.SPA.GER.1080p.BluRay.x264-BLUWORLD |
| 09/22/2012 | The Wall Disc 1 |
| 09/21/2012 | 17_fun-we-are-young-ft-janelle-monae-official-video-youtube.mp3 |
| 09/21/2012 | Wipeout.S05E16.Batter.Up.HDTV.XviD-LOL[ettv] |
| 09/21/2012 | The Black Keys-El Camino (2011) 320Kbit(mp3) DMT |

EXHIBIT C

CIL19

| Hit Date UTC | Filename |
|---|---|
| 09/21/2012 | Adele - 21 |
| 09/21/2012 | Kung.Fu.Panda_2.2011.BDRip.720p.NNM-Club.mkv |
| 09/21/2012 | Broken Social Scene_You Forgot It In People |
| 09/21/2012 | Thievery_Corporation_Mixtape.mp3 |
| 09/04/2012 | Call.of.Duty.Modern.Warfare.3-RELOADED |
| 08/26/2012 | Topaz Photoshop Plugins Bundle (14.07.2012) MAC CS6 Compatible [ChingLiu] PATCHED |
| 08/22/2012 | T.L.Natasha.18.11.2011.mp4 |
| 08/22/2012 | X-Art.Emma.Private.Tutor.XXX.1080p.pornalized.mov |
| 08/22/2012 | ubuntu-12.04-desktop-i386.iso |
| 08/22/2012 | Whitney_Westgate.1280.mpg |
| 08/21/2012 | Take Care (Edited) |
| 08/21/2012 | Contagion (English.2011) XViD.avi |
| 08/21/2012 | Bruno Mars-Doo Wops And Hooligans-2010-H3X |
| 08/21/2012 | Black Swan (2010) SCR XviD By MegaPlay |
| 08/21/2012 | BluecityPartyMix.vol 30. 2011.themusix.net |
| 08/21/2012 | Big Sean - Dance (Ass) (Remix) (Feat. Nicki Minaj)-CDQ-Djleak.com.mp3 |
| 08/21/2012 | DRAKE - TAKE CARE - THE MIXTAPE - 2011 |
| 08/21/2012 | Lil_Wayne-Tha_Carter_IV-(Deluxe_Edition)-2011-CR |
| 08/11/2012 | Just.Do.It.2011.720p.x264-VODO |
| 08/11/2012 | Endless Space-SKIDROW |
| 08/03/2012 | Carly Rae Jepsen - Call Me Maybe.mp3 |
| 08/03/2012 | Volbeat - Beyond Hell, Above Heaven |
| 08/03/2012 | Carrie Underwood - Good Girl {2012-Single} [NL] |
| 08/03/2012 | Katy Perry - Wide Awake.mp3 |
| 08/03/2012 | Fun. (feat. Janelle Monae) - We Are Young.mp3 |
| 08/03/2012 | Demi Lovato - Give Your Heart a Break.mp3 |
| 07/26/2012 | 21 Jump Street (2012) DVDRip XviD-MAXSPEED |
| 07/19/2012 | Suits.S02E04.Discovery.720p.WEB-DL.DD5.1.H.264-CtrlHD [PublicHD] |
| 07/18/2012 | Suits.S02E03.720p.WEB-DL.DD5.1.H.264-CtrlHD [PublicHD] |
| 07/18/2012 | [ www.Speed.Cd ] - White.Collar.S04E01.Wanted.720p.WEB-DL.DD5.1.h.264-NTb |
| 07/18/2012 | [ www.Speed.Cd ] - White.Collar.S04E02.720p.HDTV.x264-IMMERSE |
| 07/18/2012 | Suits.S02E01.She.Knows.720p.WEB-DL.DD5.1.H.264-CtrlHD.mkv |
| 07/18/2012 | Suits.s02e02.WEBDL.720p.NewStudio.TV.mkv |
| 07/18/2012 | The Walking Dead -Season 1 and Season 2  [HDTV] |

EXHIBIT C

CIL19